UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARJORIE T., | ) | Civil Action No: 5:23-cv-01297-ML |
| *Plaintiff*, | ) | |
| | ) | Hon. Miroslav Lovric |
| vs. | ) | United States District Judge |
| | ) | |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Martin J. O'Malley, | Marjorie T., |
| Commissioner of | |
| Social Security, | |
| | |
| By His Attorneys | By Her Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| */s/ Geoffrey M. Peters* | */s/ Kimberly A. Slimbaugh* [1] |
| Geoffrey M. Peters | Kimberly A. Slimbaugh, Esq. |
| Special Assistant United States Attorney | Meggesto, Crossett & Valerino, LLP |
| NDNY Bar Roll No. 704027 | 511 East Fayette Street |

---

[1] Signed by SAUSA Peters with Attorney Slimbaugh's consent obtained via email on April 15, 2024.

1

| | |
|---|---|
| Social Security Administration | Syracuse, NY 13202 |
| 6401 Security Boulevard | Telephone: 315-471-1664 |
| Baltimore, MD 21235 | Email: kslimbaugh@mcvlaw.com |
| (212) 264-1298 | |
| Geoffrey.Peters@ssa.gov | |

**SO ORDERED:** 4/16/2024

_____
**HONORABLE MIROSLAV LOVRIC**
**UNITED STATES DISTRICT COURT**